

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00806-CR

Roger **SALDANA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 15-08-00031-CRF
Honorable Russell Wilson, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgments of conviction are AFFIRMED.

SIGNED August 8, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice